IT IS ORDERED

Date Entered on Docket: May 30, 2023



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re.   CAROLE ANNE LATTIMER,                              bankr. no. 22-10906

Debtor.

### DEFAULT ORDER ON DEBTOR'S MOTION TO COMPEL
### CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE

THIS MATTER, having come before the Court on Debtor's Motion to Compel the Chapter 7 Trustee to abandon certain property of the estate, Debtor Carole Anne Lattimer, by attorney James Clay Hume (Hume Law Firm), and the Court having been fully informed in the premises FINDS:

1. Debtor filed chapter 7 bankruptcy on November 10, 2022.

2. Debtor is the record owner of real property, to wit, Debtor's residence located at 2366 Lema Road, Rio Rancho, NM 87124 (hereinafter the "Lema property").

3. Debtor filed a Motion to Compel Chapter 7 Trustee to Abandon Property of the Estate (hereinafter "Motion") on May 1, 2023 (doc. #23).

4. Debtor served the Notice of Deadline to Object to Debtor's Motion to Compel Chapter 7 Trustee to Abandon Property of the Estate for filing objections to all parties in interest on May 1, 2023 (doc. #24).

5. The deadline for filing objection to the Motion expired on May 22, 2023.

6. No objections have been filed.

7. Debtor's Motion to abandon the Lema property is well taken and should be granted.

IT IS THEREFORE ORDERED:

A. The Trustee is hereby deemed to have abandoned the Lema property.

B. Upon entry of this Order, the Lema property is no longer part of the Debtor's bankruptcy estate.

### END OF ORDER ###

Submitted by:

/s/ electronically signed
James Clay Hume
*Attorney for Debtor*
HUME LAW FIRM
PO Box 10627
Alameda, NM  87184
(505) 888-3606
james@hume-law-firm.com

Copy to:

Philip J. Montoya
Chapter 7 Trustee
1122 Central Avenue, SW  Ste. 3
Albuquerque, NM  87102
(505) 244-1152
pmontoya@swcp.com